UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -1  P 11: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>BARRIEAU EXPRESS, INCORPORATED<br>Defendant, | C.A. No. 04cv11416 WGY |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon the defendant in this action on June 28, 2004, by U.S. certified mail, return receipt requested. A copy of the original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 30th day of June 2004.

*Michelle Diamond*
Michelle Diamond, Paralegal
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gerard P. Barrieau, Agent
   Barrieau Expres Incorporated
   301 Murphy Road
   Hartford, CT 06114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  P. Vendetta    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name): P. Vendetta   C. Date of Delivery: 6/28/04

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7496 9005 0000 0550 4007

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540