SCANNED
DATE: 07/28/04
BY: SLY

FILED
CLERK'S OFFICE

2004 JUL 28 P 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                 )
        Plaintiff,                )
                                 )   C.A. No. 04cv11416 WGY
v.                                )
                                 )
BARRIEAU EXPRESS, INCORPORATED   )
                                 )
        Defendant,                )
_____ )

## STIPULATED JUDGMENT

The Plaintiff, Charles Langone, as Fund Manager of the New England Teamsters & Trucking Industry Pension Fund, and the Defendant, Barrieau Express, Incorporated, hereby stipulate and agree to enter this judgment for the Plaintiff against the Defendant for a total of $93,610.28, of which $74,314.85 is for payment of delinquent contributions to the Plaintiff for the months of March through July 2004, estimated at $14,862.97 per month, $892.38 is for late charges, liquidated damages in the amount of $15,041.45, and attorney's fees and costs in the amount of $3,026.43 as provided by Section 502(g)(2) of ERISA, U.S.C. § 1132(g)(2). The Fund reserves its right to conduct a payroll audit of Barrieau Express, Incorporated and seek payment of additional contributions pursuant to such audit.

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $93,610.28.

| For the Plaintiff, | For the Defendant, |
|---|---|
| CHARLES LANGONE, FUND MANAGER | BARRIEAU EXPRESS, INC. |

_____
Catherine M. Campbell, BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated: 7/20/04

_____
Gerard Barrieau, President
Barrieau Express, Incorporated

Dated: 7/20/04

By the Court,

_____
Judge

Dated: July 29, 2004